REDACTED

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 18 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4-07CR-045-A |
| | § | |
| RICHARD GARY MCBRAYER (1) | § | |
| DANIEL ERIC ROOF (2) | § | |

INDICTMENT

The Grand Jury Charges:

Count One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(e))

On or about October 31, 2006, in the Fort Worth Division of the Northern District of Texas, defendant **Richard Gary McBrayer**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess in and affecting interstate commerce a firearm, to wit, a Bryco, .380 caliber pistol, serial number 1254743.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

Indictment - Page 1

Count Two
Felon in Possession of a Firearm
(Violation of 18 U.S.C. § 922(g)(1))

On or about October 31, 2006, in the Fort Worth Division of the Northern District of Texas, defendant **Daniel Eric Roof**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is a felony offense, did knowingly possess in and affecting interstate commerce, a firearm, to wit, an Intertec, model Tec 9, 9mm pistol, serial number 128451.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL.

REDACTED

FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

JOHN P. BRADFORD
Assistant United States Attorney
Texas State Bar No. 02818300
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, Texas  76102-6882
Telephone: 817.252.5248
Facsimile: 817.978.3094

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

RICHARD GARY MCBRAYER (1), DANIEL ERIC ROOF (2)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(e)
Felon in Possession of a Firearm

18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm

(2 COUNTS)

**REDACTED**

A true bill rendered,

FORT WORTH                                                          FOREPERSON

Filed in open court this 18 day of April, A.D. 2007.

                                                                    CLERK

WARRANT TO ISSUE
UNITED STATES MAGISTRATE JUDGE

Indictment - Page 3

*Criminal Case Cover Sheet*

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| **Related Case Information** | |
|---|---|
| Superseding Indictment: ☐ Yes  X No | |
| New Defendant: X Yes  ☐ No | |
| Pending CR Case in NDTX: ☐ Yes  X No   If Yes, number: | |
| Search Warrant Case Number: | |
| Rule 20 from District of: | |
| Magistrate Case Number: | |
| Search Warrant Case Number | |
| R 20 from District of | |

RECEIVED
APR 1 8 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**
   Juvenile:   ☐ Yes  ☐ No
   Sealed?:    ☐ NO

   Defendant Name
   **DANIEL ERIC ROOF**

   Alias Name

   Address

   **4-07CR-045-A**

2. **U.S. Attorney Information**
   AUSA   John P. Bradford                Bar # 02818300

3. **Interpreter**
   ☐ Yes  X No
   If Yes, list language and/or dialect:

4. **Location Status**

   Arrest Date

   ☐ Federal Inmate

   ☐ Already in State Custody

   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1     ☐ Petty    ☐ Misdemeanor    XX Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 2 |

   Date   4-17-07            Signature of AUSA: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ORIGINAL

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☐ No
   Sealed?:   ☐ NO

   Defendant Name

   **RICHARD GARY MCBRAYER**

   Alias Name
   Address

| Related Case Information | |
|---|---|
| Superseding Indictment: ☐ Yes  X No | |
| New Defendant: X Yes  ☐ No | |
| Pending CR Case in NDTX: ☐ Yes  X No  If Yes, number: | |
| Search Warrant Case Number: | |
| Rule 20 from District of: | |
| Magistrate Case Number: | |
| Search Warrant Case Number | |
| R 20 from District of | |

RECEIVED APR 18 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4-07CR-045-A

2. **U.S. Attorney Information**

   AUSA   John P. Bradford              Bar # 02818300

3. **Interpreter**

   ☐ Yes  X No
   If Yes, list language and/or dialect:

4. **Location Status**

   Arrest Date

   X Federal Inmate

   ☐ Already in State Custody

   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty   ☐ Misdemeanor   XX Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. §§ 922(g)(1) and 924(e) | Felon in Possession of a Firearm | 1 |

Date   4-17-07                        Signature of AUSA: _____