**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**AUG - 4 2016**

CLERK, U.S. DISTRICT COURT
By _____
  Deputy

**UNITED STATES DISTRICT COURT**
for
**NORTHERN DISTRICT OF TEXAS**

## Request for Modifying the Conditions or Term of Supervision With Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Daniel Eric Roof | Case No.: 4:07-CR-045-A(02) |
| Name of Sentencing Judge: | U.S. District Judge John McBryde |
| Date of Original Sentence: | November 2, 2007 |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | 120 months custody, 3-year term of supervised release |
| Revocations: | None |
| Type of Supervision: Supervised Release | Date Supervision Commenced: August 21, 2015 |
| Assistant U.S. Attorney: John Bradford | Defense Attorney: Douglas C. Greene (Court appointed) |

### Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the offender as follows:

The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant is to follow all instructions of the doctors and take his prescribed medications as ordered.

### Cause

Daniel Eric Roof has had difficulty adjusting to the community since the commencement of his term of supervised release and he was recently hospitalized at Millwood Mental Hospital for approximately three weeks. His family became concerned in June 2016 when he started behaving oddly by talking to people who were not there and staying up for days at a time. His mother and sisters indicated that something was wrong and they believed it was due to a head injury that he incurred while in prison. At times, Mr. Roof presents well, but at other times, he is distant, distracted, and aloof.

Following Mr. Roof's hospital stay at Millwood, he indicated to Senior U.S. Probation Officer Donna Elling Thompson that he had been prescribed Zoloft, however was discharged because nothing was wrong with him. Preliminary information from Millwood indicated a diagnosis of Substance Induced Schizophrenia. Mr. Roof's psychological records have been requested from Millwood. Bureau of Prisons' records indicated that Mr. Roof suffers from Unspecified Schizophrenia and other Psychotic Disorder along with Antisocial Personality Disorder. The family and probation office believe treatment is necessary due to the recent incidents and Mr. Roof's history of mental illness.

Daniel Eric Roof
Request for Modifying the Conditions or Term of Supervision

Case 4:07-cr-00045-A   Document 51   Filed 08/04/16   Page 2 of 3   PageID 93

Mr. Roof successfully participated in substance abuse treatment and he will be encouraged to participate in mental health treatment as directed. He recently began residing with his father in a rural area near Wichita Falls, Texas. This environment along with the proper treatment will hopefully enable Mr. Roof to begin to make a better adjustment to the community.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on August 1, 2016

Donna Elling Thompson
Senior U.S. Probation Officer
Arlington
Phone: 817-505-0989
Fax: 817-649-5954

Approved,

Natalie Vallandingham
Supervising U.S. Probation Officer
Phone: 817-840-0743

---

**Order of the Court:**

☐ No Action

☐ The extension of supervision as noted above.

☒ To add to the conditions of supervision as follows:

The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant is to follow all instructions of the doctors and take his prescribed medications as ordered.

☐ Other or Additional:

☐ File under seal until further order of the Court.

John McBryde
U.S. District Judge

Date  8/4/16

DET

*Attachment



**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

## Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant is to follow all instructions of the doctors and take his prescribed medications as ordered.

Witness: _____    Signed: _____
Donna Elling Thompson                Daniel Eric Roof
Senior U.S. Probation Officer        Supervised Releasee

7-15-2016
Date