U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 4 2018

CLERK, U.S. DISTRICT COURT
By_____
           Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | NO. 4:07-CR-045-A |
| | § | |
| DANIEL ERIC ROOF | § | |

O R D E R

The court's records in the above-captioned case in which DANIEL ERIC ROOF ("Roof") is a defendant do not reflect that any action has taken place in this case as to Roof since an arrest warrant was issued on December 26, 2017. Therefore,

The court ORDERS that by September 13, 2018, the government file a report in this case as to Roof, (1) informing the court of the status of the case, as viewed from the standpoint of the government, (2) giving the court full information explaining why no action has been taken in this case since December 26, 2017, (3) giving the court all information the government has concerning the whereabouts of Roof at all times since December 26, 2017, (4) describing, by date and type activity, all things the government has done since December 26, 2017, to cause Roof to be brought before the court for disposition of this case; and (5) providing the court the government's recommendation relative to future handling and disposition of the case.

SIGNED August 14, 2018.

_____
JOHN McBRYDE
United States District Judge